TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00164-CV

Texas Department of Public Safety, Appellant

v.

Willard Edward Eaton
, Appellee 

FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY

NO. 36,620, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted, and all pending
motions are dismissed. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: May 22, 1997

Do Not Publish